# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| In Re: | ) | Case No: | 17-81682 |
|---|---|---|---|
| **Edward Murphy** | ) | | |
| **Barbara L Murphy** | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Thomas M. Lynch |

## NOTICE OF MOTION

**To:**   Edward and Barbara Murphy, 11850 Blue Bayou Drive, Huntley, IL 60142

Lydia Meyer, 308 W. State St., #212, Box 14127, Rockford, IL 61105-4127

Office of the U.S. Trustee, 780 Regent St., Ste. 304, Madison, WI 53715

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **February 15, 2018 at 9:00 a.m.** I shall appear before the Honorable Judge **Thomas M. Lynch** at 327 South Church St., Courtroom 3100, Rockford, IL 61101 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**   /s/ Kristin K Beilke
Kristin K Beilke

## CERTIFICATE OF SERVICE

I, Kristin K Beilke, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 1/25/2018.

**By:**   /s/Kristin K Beilke
Kristin K Beilke

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960

Adams Collision Center
C/O Certified Services INC
1300 N Skokie Hwy Ste 10
Gurnee IL 60031

Asset Acceptance LLC
Bankruptcy Department
PO Box 2036
Warren MI 48090

McHenry County Clerk
11AR952
2200 N. Seminary Ave.
Woodstock IL 60098

Freedman Anselmo Lindberg &
Bankruptcy Dept.
PO Box 3216
Naperville IL 60566

BK OF AMER
Attn: Bankruptcy Dept.
4909 Savarese Cir
Tampa FL 33634

Capital One
Bankruptcy Department
PO Box 30285
Salt Lake City UT 84130

Capital One
Bankruptcy Department
PO Box 30285
Salt Lake City UT 84130

Becket & Lee
Bankruptcy Dept.
PO Box 3001
Malvern PA 19355

Carsons/Comenity Bank
Bankruptcy Department
PO Box 182789
Columbus OH 43218

Centegra
C/O H & R Accounts
4950 38th Ave.
Moline IL 61265

Centegra
Attn: Bankruptcy Department
PO Box 187
Bedford Park IL 60499

Centegra
Attn: Bankruptcy Department
PO Box 6203
Carol Stream IL 60197

Harris & Harris, LTD
Bankruptcy Dept.
111 W Jackson Blvd Suite 400
Chicago IL 60604

Centegra Health
Attn: Bankruptcy Department
PO Box 6204
Carol Stream IL 60197

Centegra Primary Care
C/O Harris & Harris, LTD
111 W Jackson Blvd
Suite 400
Chicago IL 60604

Center for Diagnostic Imagining
Bankruptcy Dept
PO Box 1450
Minneapolis MN 55485

Chase Bank
Bankruptcy Department
PO Box 15298
Wilmington DE 19850

COMENITY BANK/Lnbryant
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenity-Game Stop
Bankruptcy Dept
PO Box 659820
San Antonio TX 78265

Corporate America Family C.U.
Bankruptcy Department
2075 Big Timber Rd.
Chicago IL 60123

Corporate America FCU
Attn: Bankruptcy Dept.
2075 Big Timber Rd
Elgin IL 60123

Credit One Bank
Bankruptcy Department
PO Box 60500
City Of Industry CA 91716

FED LOAN SERV
Attn: Bankruptcy Dept.
Po Box 60610
Harrisburg PA 17106

FNBM
C/O LVNV Funding LLC
PO Box 10584
Greenville SC 29603

Resurgent Capital Services
Bankruptcy Dept.
PO Box 10587
Greenville SC 29603-0587

H & R Accounts INC
Attn: Bankruptcy Dept.
5320 22Nd Ave
Moline IL 61265

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051

Lucille Dooley

350 Newgate Court
Schaumburg IL 60193

McHenry Radiologist
Bankruptcy Dept
PO Box 220
Mc Henry IL 60051

Mercy Health System
Attn: Bankruptcy Department
PO Box 5003
Janesville WI 53547

Millie Murphy

28 Regent Circle
Schaumburg IL 60193

MiraMed Revenue Group
Bankruptcy Department
360 E 22nd St
Lombard IL 60148

Mohela/DEPT OF ED
Attn: Bankruptcy Dept.
633 Spirit Dr
Chesterfield MO 63005

Onemain
Attn: Bankruptcy Dept.
Po Box 1010
Evansville IN 47706

Onemain
Attn: Bankruptcy Dept.
Po Box 499
Hanover MD 21076

Rise Credit
Bankruptcy Dept
PO Box 10808
Fort Worth TX 76185

Select Portfolio Svcin
Attn: Bankruptcy Dept.
Po Box 65250
Salt Lake City UT 84165

Spoton Loan
Bankruptcy Dept.
PO Box 6243
Logan UT 84341

SYNCB/Napa Easy Pay
Bankruptcy Dept
PO Box 965036
Orlando FL 32896

Cavalry Portfolio SPV I
Bankruptcy Dept.
PO Box 1030
Hawthorne NY 10532

Synchrony BANK
C/O Cavalry Portfolio SERV
Po Box 27288
Tempe AZ 85285

Synchrony/Care Care
Bankruptcy Dept.
PO Box 960061
Orlando FL 32896

Verizon Wireless
Attn: Bankruptcy Dept.
Po Box 650051
Dallas TX 75265

Woodman S - Carpentersville #3
C/O Payliance
3 Easton Oval Ste 210
Columbus OH 43219

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| In Re: | ) | Case No: | 17-81682 |
| --- | --- | --- | --- |
| Edward Murphy | ) | | |
| Barbara L Murphy | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Thomas M. Lynch |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtors, Mr. & Mrs. Edward Murphy (the "Debtors"), by and through their attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Code on 07/19/2017.

3. The Debtors' plan was confirmed by the Court on 10/20/2017.

4. During the plan, the Debtors cars require substantial repairs. The total of the repairs will be $1,194.11.

5. Debtors cannot pay for these repairs and the trustee payment.

6. It is necessary for the successful completion of the Debtors' plan to suspend Debtors' plan for 3 months, so they can afford the car repairs.

7. The timely filed claims are lower than scheduled, and the plan will pay out at 100% with the suspension.

WHEREFORE THE DEBTORS, Mr. & Mrs. Edward Murphy, respectfully request this Honorable Court enter an order:

1. Suspending Debtors' current Chapter 13 plan for 3 months; and

2. Any other relief this Court deems just and proper.

By: ⎽⎽⎽*/s/ Kristin K Beilke*⎽⎽
Kristin K Beilke

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960